IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE BETHEA, | : | |
|     *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, et al., | : | No. 16-1866 |
|     *Respondents*. | : | |

## O R D E R

**AND NOW**, this 2nd day of February, 2018, upon consideration of the Petition for a Writ of Habeas Corpus filed by Petitioner Terrence Bethea (Doc. No. 1), the Response to the Petition (Doc. No. 8), United States Magistrate Judge Linda K. Caracappa's Report & Recommendation (Doc. No. 9), Mr. Bethea's Objections to the Report and Recommendation (Doc. No. 14), the Response to the Objections (Doc. No. 16), and the Motion to Withdraw as an Attorney (Doc. No. 22), it is **hereby ORDERED** that:

1) The Motion to Withdraw as an Attorney (Doc. No. 22) is **DENIED** as moot.

2) The Report and Recommendation (Doc. No. 9) is **APPROVED** in part and **DISAPPROVED** in part as outlined in this Court's corresponding February 2, 2018 Memorandum opinion.

3) The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE